UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PLEASANTS CORP., *et al.*,[1]<br><br>                    Debtors.<br><br>Mark A. Roberts, solely in his capacity<br>as plan administrator on behalf of the Debtors<br><br>                    Plaintiff,<br><br>v.<br><br>Duke Energy Renewables, Inc.<br><br>                    Defendant. | Chapter 11<br><br>Case No. 18-50763 (AMK)<br>Cases Jointly Administered under<br>Case No. 18-50757 (AMK)<br><br>Hon. Judge Alan M. Koschik<br><br>Adv. Proc. No. 20-05016-amk |

**STIPULATION OF DISMISSAL**

Mark A. Roberts of Alvarez & Marsal Holdings, LLC, in his capacity as plan administrator (the "Plan Administrator" or "Plaintiff") on behalf of the entity now known as Energy Harbor, LLC and formerly known as FirstEnergy Solutions Corp. ("FES," in its capacity as a debtor and together with its debtor affiliates, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Case"), and Duke Energy Renewables, Inc. (the "Defendant") hereby stipulate that the Adversary Proceeding be dismissed with prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18- 50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, Ohio 44308.

Dated: October 5, 2020

| | |
|---|---|
| */s/ Lucas M. Blower* | */s/ Mary M. Caskey* |
| **BROUSE MCDOWELL LPA** | Lynn Rowe Larsen (0055824) |
| Marc B. Merklin (0018195) | Taft Stettinius & Hollister LLP |
| Bridget A. Franklin (0083987) | llarsen@taftlaw.com |
| Lucas M. Blower (0082729) | 200 Public Square, Suite 3500 |
| 388 South Main Street, Suite 500 | Cleveland, Ohio 44114-2302 |
| Akron, OH 44311-4407 | Telephone: (216) 241-2838 |
| Telephone: (330) 535-5711 | Facsimile: (216) 241-3707 |
| Facsimile: (330) 253-8601 | |
| mmerklin@brouse.com | Mary M. Caskey, SC Bar No: 76198 |
| bfranklin@brouse.com | Haynsworth Sinkler Boyd, P.A. |
| lblower@brouse.com | mcaskey@hsblawfirm.com |
| | (admitted pro hac vice) |
| *Counsel for Plan Administrator* | Post Office Box 11889 |
| | Columbia, SC 29211 |
| | Telephone: (803) 779-3080 |
| | Facsimile: (803) 765-1243 |
| | |
| | *Attorneys for Duke Energy Renewables, Inc.* |

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Stipulation of Dismissal* was served on this 5th day of October, 2020, via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Lucas Blower   on behalf of Plaintiff Mark A. Roberts at lblower@brouse.com

Bridget Aileen Franklin on behalf of Plaintiff Mark A. Roberts at bfranklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Lynn Rowe Larsen    llarsen@taftlaw.com, llauren@taftlaw.com; CLE_Docket_Assist@taftlaw.com

United States Trustee    (Registered address)@usdoj.gov

 

    */s/ Lucas M. Blower*
    Lucas M. Blower (0082729)